# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

TROY A. SMOCKS,,

    Petitioner

**V.**                                   Case No.  06-0132-CV-W-NKL-P
                                                   06-0194-CV-W-NKL-P

DAVE DORMIRE, et al,

    Respondents

☐    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (NKL)(dw)

Entered on: 6/14/06

                                                                P.L. BRUNE
                                                                 CLERK OF COURT

                                                                 D.M. WEINZERL
                                                                 (By) Deputy Clerk